**796**

In the Interest of D.C.L.S., a minor.

John D. SHERMAN and Shirley A. Sherman, Appellants,

v.

Gerald L. DOTY, Juvenile Officer, and Sara Elizabeth Sherman, n/k/a Sara Elizabeth Hodges, Respondents.

No. 51339.

Missouri Court of Appeals, Eastern District, Division Ten.

Dec. 23, 1986.

Harry J. Mitchell, Palmyra, for appellants.

Gerald L. Doty, pro se.

### ORDER

PER CURIAM:

Appellants, the maternal grandparents of the minor child, D.C.L.S., appeal from a juvenile court order that dismissed a § 211.447 petition for failure to state facts sufficient to invoke the court's jurisdiction. Respondent, D.C.L.S.'s natural mother, moves to dismiss the appeal asserting 1) the appeal is untimely, 2) appellants lack standing to perfect an appeal and 3) the order appealed from is not final. She also moves for damages, court costs, and attorneys' fees on grounds that the appeal is frivolous. An opinion would have no precedential value. Respondent's motions are denied. The judgment of the juvenile court dismissing the petition and returning custody to the natural mother is affirmed. Rule 84.16(b).

David L. NELSON, Appellant,

v.

Arthur D. BROOKFIELD, II, et al., Respondents.

No. WD 38092.

Missouri Court of Appeals, Western District.

Dec. 30, 1986.

Robert G. Duncan, Kansas City, for appellant.

Russell D. Jacobson, Kansas City, for respondents.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

### ORDER

PER CURIAM:

Direct appeal from a circuit court judgment affirming an administrative decision of termination of employment originated pursuant to § 84.500 and § 84.600, RSMo 1978.

Judgment affirmed. Rule 84.16(b).